JOSEPH F. WALSH
Attorney at Law
California Bar No. 67930
205 S. Broadway, Suite 606
Los Angeles, CA 90012
Tel: (213) 627-1793
Fax: (213) 627-1711
Email: Attyjoewalsh@aol.com
Attorney for Defendant
ERIC CHRISTOPHER STACY

FILED
MAR 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.1:10-CR-176-AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR RETURN OF PROPERTY AND [PROPOSED] ORDER** |
| v. | ) | |
| ERIK CHRISTOPHER STACY, | ) | |
| Defendant. | ) | |

The Defendant, ERIC CHRISTOPHER STACY, through his attorney of record, Joseph F. Walsh, and the Plaintiff, United States of America, through its attorney of record, Elana S. Landau, hereby stipulate that the Naval Criminal Investigative Service (NCIS) shall return to the Defendant ERIK STACY the following property taken from his residence and place of business pursuant to the search warrant: From his residence, an iMac, a MacBook, and iPad, 2 external hard drives, and 2 iPhones; From his business, an iMac, a HP netbook, and HP computer, 2 HP monitors, and Brother printers.

Dated: March 7, 2012

/S/ Elana S. Landau
ELANA S. LANDAU
Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Joseph F. Walsh
JOSEPH F. WALSH
Attorney for Defendant
ERIC CHRISTOPHER STACY

1  UNITED STATES OF AMERICA

2  **ORDER**

3

4  IT IS HEREBY ORDERED that the Naval Criminal Investigative
5  Service (NCIS) shall return to the Defendant ERIK STACY, or to
6  the Defendant's wife, JENEA STACY, if the Defendant is in
7  custody, the following property taken from his residence and
8  place of business: From his residence, an iMac, a MacBook, and
9  iPad, 2 external hard drives, and 2 iPhones; From his business,
10 an iMac, a HP netbook, and HP computer, 2 HP monitors, and
11 Brother printers.
12 Date:  3-8-12

14 UNITED STATES DISTRICT JUDGE