```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4083
 5
    Attorneys for the Plaintiff
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00176-AWI |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIK CHRISTOPHER STACY, | ) | |
| ROBERT DAVIS DODSON, JR., and | ) | |
| CHARLES LEE KISOR, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, on or about July 27, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreements entered into between plaintiff and defendants Erik Christopher Stacy, Robert Davis Dodson, Jr., and Charles Lee Kisor, forfeiting to the United States the following property:

      a.    Approximately $25,522.33 in U.S. Currency seized from Desert Valleys FCU Account Number 26596, held in the name of B&C Natural Things.

AND WHEREAS, on August 4, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

[www.forfeiture.gov](www.forfeiture.gov). Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject properties and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendants Erik Christopher Stacy, Robert Davis Dodson, Jr., and Charles Lee Kisor:

    a. Approximately $25,522.33 in U.S. Currency seized from Desert Valleys FCU Account Number 26596, held in the name of B&C Natural Things.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: _____March 16, 2012_____     _/s/_
    CHIEF UNITED STATES DISTRICT JUDGE